# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | |
|---|---|
| HAROLD MCNEAL,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, and ALLY FINANCIAL, INC.,<br><br>Defendants, | **Civil Action No: 4:23-cv-01017-SDJ-KPJ** |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Plaintiff Harold McNeal ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action with prejudice. This action applies only to Defendant Equifax Information Services, LLC, and no other Defendants in this matter.

1. There are no longer any issues in this matter between Plaintiff and Equifax to be determined by this Court.

2. Plaintiff and Equifax hereby stipulate that all claims and causes of action that were or could have been asserted against Equifax and Plaintiff are hereby dismissed with prejudice, with courts costs and attorneys' fees to be paid by the party incurring the same.

3. This case is not a class action, and a receiver has not been appointed.

4. Pursuant to the terms of Rule 41(a)(1)(A)(ii), this case is dismissed with prejudice with each party to bear its own costs and attorneys' fees, as to Equifax upon filing of this joint stipulation.

**Dated:** May 20, 2024                                           Respectfully submitted,

                                                   **JAFFER & ASSOCIATES PLLC**

/s/ *Naved Qazi*
**Naved Qazi**
State Bar No. 24068239
**Shawn Jaffer**
State Bar No. 24107817
5757 Alpha Rd, Suite 580
Dallas, Texas 75240
Tel:   (214) 945-0000
Fax:   (888) 509-3910
Email: naved@jaffer.law
***Attorneys for Plaintiff***

/s/ *Jibril A. Greene*
Jibril A. Greene
jagreene@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Ave.
Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6700
*Counsel for Defendant*
*Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in a manner approved by the Federal Rules of Civil Procedure.

<u>*/s/Naved Qazi*</u>

Naved Qazi